UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 20-8112 MWF (Ex) | Date: May 26, 2021 |
| Title | Dwayne Smith v. Hawthorne Investments, Inc. et al. | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 27, 2021, the Court denied Plaintiff Dwayne Smith's Application for Default Judgment and instructed to Plaintiff to file a First Amended Complaint ("FAC") by May 10, 2021. (Docket No. 28).

On May 7, 2021, Plaintiff filed the FAC. (Docket No. 30). But Plaintiff has not filed a Proof of Service indicating that Defendant Hawthorne Investments, Inc. has been properly served with the Summons and FAC.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **June 7, 2021**:

- BY PLAINTIFF: PROOF OF SERVICE of Summons and First Amended Complaint.

Failure to respond to the Order to Show Cause on or before June 7, 2021 will result in the dismissal of this action.

If Plaintiff files a Proof of Service on or before June 7, 2021, Plaintiff shall then file a renewed Application for Default Judgment by **June 21, 2021**. Failure to file a renewed Application for Default Judgment by June 21, 2021 will result in dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-8112 MWF (Ex)** | Date: May 26, 2021 |
| Title | **Dwayne Smith v. Hawthorne Investments, Inc. et al.** | |

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm